## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alex Koester,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Windham Professionals, Inc. and<br>John Doe,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 09-cv-396 ADM/RLE<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendants may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

　　　　　　　　　　　　　　　　　　**SCRIMSHIRE, MARTINEAU, GONKO &**
　　　　　　　　　　　　　　　　　　**VAVRECK, PLLC**

Dated: April 25, 2009　　　　　　　 s/ Mark L. Vavreck
　　　　　　　　　　　　　　　　　　Mark L. Vavreck, Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D.#0318619
　　　　　　　　　　　　　　　　　　Designer's Guild Building
　　　　　　　　　　　　　　　　　　401 North Third Street, Suite 600
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　mark@smgvlaw.com
　　　　　　　　　　　　　　　　　　Telephone: (612) 659-9500

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

1

**BASSFORD & REMELE**
*A Professional Association*

Dated: April 27, 2009        s/ Christopher R. Morris            .
Michael A. Klutho
Attorney I.D. #186302
Christopher R. Morris
Attorney I.D. #230613
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
cmorris@bassford.com
Telephone: (612) 333-3000

**ATTORNEYS FOR DEFENDANTS**