**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alex Koester, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-cv-396 ADM/RLE |
| vs. | ) |
| | ) |
| Windham Professionals, Inc. and | ) |
| John Doe, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on May 1, 2009 [Civil Docket No. 5],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated:  May 4, 2009                                      s/Ann D. Montgomery
                                                                        _____
                                                                        Ann D. Montgomery
                                                                        United States District Judge